## NEW YORK CENTRAL RAILROAD CO. *v.* UNITED STATES ET AL.

No. 58.   Decided June 12, 1967.

*John A. Daily* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Robert S. Burk* for the United States et al., and *Peter T. Beardsley, Harry J. Jordan, William R. Rubbert, R. Edwin Brady, Bryce Rea, Jr., James E. Wilson, Guy H. Postell, Ferdinand Born, LeGrand A. Carlston, F. H. Lynch, Jr., Roland Rice, Homer S. Carpenter, John S. Fessenden* and *Richard R. Sigmon* for the American Trucking Associations, Inc., et al., appellees.

PER CURIAM.

The motion of American Trucking Associations, Inc., et al., to be added as parties appellee is granted.

The motion to affirm is granted and those portions of the judgment of the District Court from which appellant is appealing are affirmed.